# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Shaquil Mitter, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00256-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Libby LNU, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 3, 2023 Order.

April 3, 2023

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court